| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____  Chapter **7** | ☐ Check if this an amended filing |

Official Form 205
# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**    *Check one:*
    - ☒ Chapter 7
    - ☐ Chapter 11

**Part 2:   Identify the Debtor**

2. **Debtor's name**    **Builders Mechanical, Inc.**

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
    - ☐ Unknown
    - **76-0368936**
    EIN

5. **Debtor's address**

    **Principal place of business**
    11143 Spring Cypress Rd
    Tomball, TX 77375

    **Mailing address, if different**
    **REGISTERED AGENT:**
    Trent G Kerr
    11143 Spring Cypress Rd
    Tomball, TX 77375

6. **Debtor's website** (URL)    http://www.buildersmechanical.com

7. **Type of debtor**
    - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    - ☐ Partnership (excluding LLP)
    - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 1
1191834.DOCX

Debtor **Builders Mechanical, Inc.**                                    Case number *(if known)*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.   Debtor _____   Relationship _____
District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

Debtor _____   Relationship _____
District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

### Part 3: Report About the Case

**10. Venue**   *Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ **The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.**

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **SEE ATTACHED EXHIBIT 1** | | |

### Part 4  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

Debtor    **Builders Mechanical, Inc.**                                        Case number *(if known)*

I have examined the information in this document and have a reasonable belief that the information is true and correct.


Dated:   August 1, 2016         Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By:   */s/ Jeff Carruth*
           JEFF CARRUTH
           State Bar No. 24001846
           11 Greenway Plaza, Suite 1400
           Houston, Texas 77046
           Phone: (713) 341-1158
           Facsimile: (866) 666-5322
           jcarruth@wkpz.com

        **ATTORNEYS FOR PETITIONING CREDITOR,
GOODMAN DISTRIBUTION, INC.**


        BELL NUNNALLY & MARTIN, LLP


        By:    *Randall K. Lindley**
           Randall K. Lindley
           State Bar No. 12367300
           Heather H. Jobe
           State Bar No. 24048825
           3232 McKinney Ave, Suite 1400
           Dallas, TX 75204
           Phone: (214) 740-1437
           Facsimile: (214) 740-5717
           rlindley@bellnunnally.com
           hjobe@bellnunnally.com

        **ATTORNEYS FOR PETITIONING CREDITORS
LENNOX INDUSTRIES, INC. AND STANDARD
SUPPLY AND DISTRIBUTING CO., INC.**

        * *Signature by permission by /s/ Jeff Carruth*

# EXHIBIT 1

| BOX 13 | | |
|---|---|---|
| **Name + Address Petitioning Creditors** | **Nature of Claim** | **Minimum Amount of Claim, Net of Any Collateral** |
| Goodman Distribution, Inc.<br>c/o JEFF CARRUTH<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>11 Greenway Plaza, Suite 1400<br>Houston, Texas 77046 | Equipment and other goods sold to debtor on account | $5,381,138.98 |
| Standard Supply & Distributing Co., Inc.<br>c/o Randall L. Lindley<br>Bell Nunnally & Martin, LLP<br>3232 McKinney Ave, Suite 1400<br>Dallas, TX 75204 | Equipment and other goods sold to debtor on account | $84,711.62 |
| Lennox Industries, Inc.<br>c/o Randall L. Lindley<br>Bell Nunnally & Martin, LLP<br>3232 McKinney Ave, Suite 1400<br>Dallas, TX 75204 | Equipment and other goods sold to debtor on account | $1,543,896.07 |

**INVOLUNTARY PETITION — EXHIBIT 1**
1191834.DOCX