**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Builders Mechanical, Inc.

**Debtor(s)**

Case No.: 16–33833

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/8/22

MARVIN ISGUR
United States Bankruptcy Judge